IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EARL WARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:15cv272-MHT |
| ) | (WO) |
| STATE OF ALABAMA, STATE ) | |
| MILITARY DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |

OPINION

Plaintiff filed this lawsuit asserting that he suffered racial discrimination when he was denied a promotion. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment should be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of April, 2017.

                                         /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**